UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB - 7 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. |
| v. | ) 4:18CR98 RLW/PLC |
| JONATHAN JAMAR DICKERSON, a/k/a "Los," | ) |
| Defendant. | ) |

## INDICTMENT

## COUNT I

The Grand Jury charges that:

On or about January 27, 2017, in St. Louis County, within the Eastern District of Missouri, the defendants,

**JONATHAN JAMAR DICKERSON,**

did knowingly and intentionally distribute fentanyl in violation of Title 21, United States Code, Section 841(a), and;

that the death of D.M., a person whose identity is known to the Grand Jury, resulted from

1

the use of such fentanyl distributed by defendant, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO   63102
(314) 539-2200