Dear Judge Ronnie White,

My name is Shantay Caver and I am writing this letter in regards to Jonathan Dickerson. Jonathan Dickerson is my nephew, my sister son. Jonathan's mother is deceased so I will love to be an advocate on her behalf. However, I would like to express my concerns about the situation that my nephew got himself into. My nephew is facing some serious jail time, and I disagree with the amount of time that was presented to him.

I would like to give you a little information about my nephew, so you could look at him in a different view. Jonathan was raised in a two parent household up until he was 10 years old. Jonathan was raised in a loving and close knit family. Subsequently, after enduring a tragic loss in 2006 of his mother (Kim Charleston) and baby brother (Michael Cannon) at the same time brought many years of tears and heartbroken feelings to our family. My nephew was left with his little brother that was a couple of years younger than him. My sister had three sons and the baby boy's dad was the one who killed them.

The case was ruled as a murder suicide. My sister and I found all three of them in the house deceased. Jonathan and his brother was residing with their dad. Jonathan and his little brother was robbed with not being able to live a normal life. They lost my big sister when they were 13 and 14 years of age. So, when hearing the amount of time that was presented to him is tearing our family apart. I know that he had partaken into something that he wasn't supposed to be doing.

I strongly disagree with the choice he made, but I promise my nephew isn't that person. He had gotten into trouble and I personally believe he was acting out psychologically because of what transpired with his mom and brother. Prior to Jonathan incarceration, he had a decent job and his own apartment. I was very proud of my nephew because after the tragic loss of my sister, I finally saw him becoming a man. He cried out a whole lot about missing his mother and brother and I feel personally that they should've spoken to a Counselor or Therapist for therapy.

My mom asked them if they would like to speak to someone, but they declined. My mom had raised them and had taken really good care of them. My mom made sure they graduated High School. My mom and our family had given them a lot of love because of what they had been through. No matter what love was given to them, they both was left with a void in their life.

I really feel Jonathan is basically being charged with murder. However, someone that he gave something to had a drug addiction, and led to an overdose. I don't know anything about the drug, but I know it has been around in our communities for years and it caused so many overdoses and no one to my knowledge, was charged for it. I strongly feel that it isn't his fault that the young lady had an addiction. I am a parent that has lost my son last year to an overdose.

My son Dion Price died last year on October 15, 2017 from a drug overdose. It all started with the Opioid abuse. When my son overdosed, they looked at it as another black male dying from

a drug overdose, the same way they looked at it in our community's years ago. Now, they have Narcan and a place for the addicts to go and be safe with doing the drugs, per the news announcement. From what I was told, how they investigated the girl's death, it wasn't done with my son and I feel it's a case of discrimination as usual.

I'm tired of seeing the difference because of color. When will it ever change! No one never went through my son's cellphone like they did the young lady cellphone, or contacted me. My son was 22 years old, an age where someone should've reached out to me with concerns since this is an Epidemic as they call it. My son was taken to DePaul hospital where he was pronounced dead.

The Priest at the hospital was so cold towards me. They were not sympathetic with me or anything. I was disappointed with the lack of concern that they displayed at the hospital. My son had become an addict in a short amount of time, I could not blame anyone but him. I feel that the girl parents are taking their frustration out on my nephew.

I understand that they had suffered a lost, I did too, but I am not trying to put someone away for life because of something my son was doing. We all know the consequences with doing such a hard drug because again, it has been around for years. I tried my best to raise my son to be a successful black man. I was disappointed at my son because of the choice he had made; he was so smart and had dreams of becoming a Sports Agent. Somewhere along the way, his dreams got derailed.

We all know that anybody life could be derailed at the blink of an eye. My son saw me work and go to school for years. Before he past, he got a chance to see his mother own and operate a successful business for many years. I'm saying this because I had dreams for my son and I know that the young lady parents did too. I'm sure that the young lady parents are feeling the same way I feel, it make me feel like I didn't do my best as a parent and I know I did.

I can't help but think that the young lady parents want to take that out on my nephew, and I feel it is not fair. I'm saying please consider everything I'm saying! Our family has already been through a lot. Jonathan just had his first child that was born on August 23rd. He's not going to be able to physically be there for his daughter.

I know that if the young lady was black my nephew would not be incarcerated. It's sad that we have rights, but it doesn't protect us. I just want you to know that my nephew isn't that person. I know that he is going to be punished, but please not that long. We have a strong knit family and everyone is really shocked about the outcome of this situation because they know that my nephew is a good, respectable guy that made a very bad decision.

I will conclude my letter by saying "Please take this into consideration about my nephew, he is a good guy that made a bad choice." My son and nephews were close like brothers because Jonathan's mother, my big sister and I were really close. Losing my son was one of the hardest things in life outside of losing my sister and nephew.

Thank you for taking time out of your day to read this letter! May God Bless You!

*Shantay Caver*

Shantay Caves
2555 Yorkshire Dr
Florissant Mo 63033

RECEIVED
SEP 06 2018
BY MAIL

Attention: Judge Ronnie L. White
111 S. 10th Street
St Louis, Mo 63102