To Judge Ronnie L White,

Hello Judge, I'm the aunt of Johnathan Jamar Dickerson. I'm currently writing to you regarding the charges that's being brought against Johnathan. First, I would like to send my condolences to the young lady and her family whom lost her life regarding this situation. But what I can't understand Judge, why Johnathan is being charged with her death? The young lady willingly chose to do drugs and continue to use other drugs that will cause her body to react in such a way, causing her to lose her life.

This is a sad situation, we have a young lady that died from an overdose of drugs at a young age, and then you have a young man that is being charged for her death, which, will result in him losing part of his life due to the maximum sentenced of 20 years. What my family and I is having trouble understanding is his charges. I got a chance to look over his case, including the charges and evidence that was used to charge him for her death. I have a lot of questions and rather concerns. One of them being, the state initially dropping the case because it seem to not be enough evidence to charge him with her drug overdose. Secondly, the abusive relationship that the young lady was in during her encounter of using drugs, in which the statement her friend made that drove her to use the drugs. If there's some truth to her statement why isn't her abuser being held accountable for her death? Thirdly, since the state didn't have enough evidence to charge him with her death, why were the feds able to

pick his case up and move forward on charges? If by law in Missouri, in order to charge someone with an overdose that person had to inject them with the needle, or, have been there at the time of the overdose and not call for help? Do you honestly believe your honor my nephew should be charged with her death just by the evidence you have in front of you along with my nephew's background and character?

I'm sure the young lady's family is looking for someone to blame for their daughter's death, but would that be fair to Johnathan's family, including his daughter? There are many cases out there that's charging our black African American young males with the maximum sentence for drug distribution. Recently, I read in the news where celebrity Demi Lovato had an apparent overdose and her dealer a Caucasian guy gave an interview stating,' Demi knew the consequences for taking street market drugs'. This guy is still on the streets, but goes to show there are definitely double standards when it comes to white and black dealers.

Last year October 15th my sister lost her son due to a drug overdose, the police didn't contact her asking questions and showing concern about his death. In fact, my nephew Dion and the young lady that passed were around the same age. Difference is, he was black and she was white. Right now I don't think this is about my nephew distributing drugs, this is more so about her parents wanting someone to blame and the system willingly to charge my nephew for her overdose rather doing the actual work to get the drugs off the street.

I understand the fact he needs to be punished for the distribution of drugs, however, charging him for something he didn't do, by the state of MO, injecting the drugs into the young lady arms or watching her overdose and not providing help, he is not guilty. Jonathan has never had it easy growing up, life has been yet a blessing for him and his brother but also

a challenge. On 01/05/2006 my nephew lost his mother and seven year old brother due to domestic violence. He was forced to move in with my mother his maternal grandmother with not much help. Although, he comes from a loving Christian family times got a little tough financially. By the grace of God he was able to graduate from high school with his graduating class. He joined church at the age of 17 and would volunteer at a family members after school daycare mentoring pre-teen boys from time to time. My nephew knew about honest work and making an honest earning, from the tender age of 15/16 he kept a job. Making himself an entrepreneur. With his last job he was an independent contractor allowing him to be a delivery carrier contracting for many corporations throughout the Missouri and Illinois region. He recently just had his first child and the thought of his daughter growing up without a father is mind bothering and an injustice decision.

Your honor if you could have mercy on my nephew's sentencing and really look over his case I'm sure you will find all the evidence they is being held against him is prejudice and not probable. I've watched my nephew transitioned into an honest, hardworking, respectful young man. My family and I are seeking a fair sentencing for my nephew, punish him for distributing drugs but please not for the death of the young lady. My family and I sends our deepest condolences to her family. But we also stand behind Jonathan in regards to him not being charged for her death. Please take into consideration all the evidence you have including his family concerns. My mother has health issues and the thought of her loosing another grandson is a bit much on her and my family.

Thank you for allowing my family and I express our concerns regarding Jonathan's case.

Sincerely,

Jamie Charleston

Jamie Charleston

Janie Charleston
4747 N. Josey Lane apt#119
Carrollton, TX 76010

NORTH TEXAS TX P&DC
DALLAS TX 750
19 SEP 2018 PM 4 L

RECEIVED
SEP 24 2018
BY MAIL

Judge Ronnie L. White
111 S. 10th Street
St. Louis, MO 63102

63102-112599